# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CELESTE SMITH,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, INC.<br><br>　　　　　　　Defendant. | Civil File No. _____<br><br>**DECLARATION OF<br>LINDA E. BIDON** |

I, Linda E. Bidon, state and declare as follows:

　　1.　　I am the Assistant Secretary for U.S. Bank National Association ("U.S. Bank"). I have personal knowledge of the facts set forth in this Declaration based on my employment with U.S. Bank and on my review of information, documents, and records maintained by U.S. Bank in the ordinary course of business.

　　2.　　U.S. Bank is a nationally chartered bank with its main office, as set forth in its articles of association, in the state of Ohio.

　　I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  July 21, 2023

　　　　　　　　　　　　　　　　　　　　　DocuSigned by:
　　　　　　　　　　　　　　　　　　　　　*Linda Bidon*
　　　　　　　　　　　　　　　　　　　　　E066C25C72724F8...
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Linda E. Bidon